UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION



IN RE: Request from Poland )
Pursuant to the Treaty ) MISC. NO. 3:05MC 321-m
Between the United States )
of America and Poland on )
Mutual Legal Assistance in ) **ORDER**
Criminal Matters in the Matter )
of Eurosystem )
_____ )

FILED
CHARLOTTE, N. C.

OCT 12 2005

U. S. DISTRICT COURT
W. DIST. OF N. C.

UPON MOTION of the United States of America, by and through Gretchen C. F. Shappert, United States Attorney for the Western District of North Carolina, for an order directing that the Application for Order in this matter be sealed, pursuant to the on-going nature of the investigation in this matter.

NOW THEREFORE IT IS ORDERED that the Application for Order in this matter be sealed and remain sealed until such time as the United States thereafter moves for the unsealing of same.

This the 10th day of Oct, 2005

_____
UNITED STATES DISTRICT JUDGE