UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

|   |   |   |
|---|---|---|
| IN RE: | Request from Poland pursuant to the Treaty between the United States of America and the Republic of Poland on Mutual Legal Assistance in Criminal Matters in the Matter of Eurosystem | DOCKET NO. 3:05MC321-M<br><br>ORDER |

UPON MOTION of the United States of America, by and through Gretchen C. F. Shappert, United States Attorney for the Western District of North Carolina, for an order unsealing the matter in the case numbered above; and

IT APPEARING to the Court that said the reasons for sealing the case numbered above no longer exist;

NOW, THEREFORE, IT IS ORDERED that the above-numbered case be unsealed.

This the 9th day of December, 2005.

_____
DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE